**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNIVAR USA, Inc. | : | |
| | : | |
| | : | |
| VS. | : | C.A. NO.: 03-305ML |
| | : | |
| TEAMSTERS UNION LOCAL 251, ET AL | : | |

## DISMISSAL STIPULATION

Now come all parties in the above-referenced matter, through counsel, and hereby stipulate to the dismissal with prejudice of the above entitled matter.

Plaintiffs
By their attorney

Mark A. Pogue, (#3441)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401)276-6611

Defendant,
By its attorney,

Marc B. Gursky, (#2818)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852
Telephone: (401) 294-4700
Facsimile: (401) 294-4702

Defendants
By their attorney,

George Santopietro, (#2056)
226 South Main Street
Providence, RI 02903
Telephone: (401)751-5522
Facsimile: (401)331-3758

SCANNED

ENTER: PER ORDER:

Mary M. Lisi
United States District Judge

Dated: June 28, 2005