**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNIVAR USA, INC.**

**CA 03-305ML**

**V.**

**TEAMSTERS UNION LOCAL 251, et al.**

**RETURN RECEIPT FOR EXHIBITS**

**EXHIBITS marked as plaintiff's exhibits re:**

**July, 2003, Hearing on Plaintiff's Motion for Temporary Restraining Order --**

**(incl. 2 videotapes)**

**October, 2003, Hearing on Plaintiff's Motion to Modify Preliminary Injunction –**

**(incl. 2 videotapes)**

**Exhibits Received by:** Dee Melaragno
**Date:** 6/30/05

_________________________________
**Deputy Clerk**